No. 47709.—Protests 28797–K, etc., of Gellman Bros. (Minneapolis).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel entered into at the trial, items described as rubber balloon squawkers with feathers fastened to one end of a hollow stick or cane and rubber balloon squawkers are similar to those the subject of Abstract 40493. The claim at 45 percent under paragraph 409 was therefore sustained.

No. 47710.—Protest 974713–G of Norman G. Jensen (Pembina).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co., Ltd.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed on the basis of the condition in which imported and that no addition should have been made for planing, tonguing, or grooving. The protest was sustained to this extent.

No. 47711.—Protest 37729–K of F. W. Myers & Co., Inc. (Detroit).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co., Ltd.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that the tax imposed should have been assessed on the basis of the condition in which imported and that no addition should have been made for planing, tonguing, or grooving. The protest was sustained to this extent.

BEFORE THE SECOND DIVISION, NOVEMBER 9, 1942

No. 47712.—Protests 541374–G, etc., of Cohn & Lewis (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that the merchandise consists of "8-bu paper hats" similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), the claim at only 25 percent under paragraph 1504 (b) (5) was sustained.

No. 47713.—Protests 677178–G, etc., of Mexican American Hat Co. et al. (St. Louis).

Opinion by TILSON, J. In accordance with stipulation of counsel that the merchandise consists of "8-bu paper hats" similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), the claim at only 25 percent under paragraph 1504 (b) (5) was sustained.